■ Eva M. Decker et al., Appellants, v. New York Central Railroad Company, Respondent.— The error which is complained of in respect of the exclusion of testimony was not so prejudicial as to have affected the result. Judgment affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.